## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CATHERINE DOHS,

               Plaintiff,

v.

                                       **Case: 8:17-CV-486-T-35MAP**

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

               Defendant,

_____/

### MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 7/12/2017 at the mediation conference:

( X ) Plaintiff/Counsel Appeared               (  ) Plaintiff/Counsel did not Appear

( X ) Defendant/Counsel Appeared          (  ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
**Paul S. Kimsey, Esq.,**
Kimsey Law Firm, P.A.
3816 W. Linebaugh Ave., Ste. 412
Tampa FL 33618

DEFENDANT'S ATTORNEY/FIRM:
**Steve Lehner, Esq.**
Hinshaw & Culbertson
100 Ashley Drive Suite 500
Tampa, FL 33602

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue
Tampa, FL 33617

RESULTS: *(Mediation Results Report will be filed electronically if possible)*

( X )  Full Settlement Agreement
(  )  Partial Settlement Agreement
(  )  No Settlement Agreement
(  )  Continued (Date)

LENGTH OF MEDIATION CONFERENCE:      4.00 Hours

Jack L. Townsend, Sr., Mediator