UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CATHERINE DOHS,**

    Plaintiff,

v.                                          Case No: 8:17-cv-486-T-35MAP

**LIFE INSURANCE COMPANY OF
NORTH AMERICA,**

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 13, 2017, the mediator filed a Mediation Report, informing the Court that the above-captioned case has settled. (Dkt. 25)  Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of July, 2017.

                                                      MARY S. SCRIVEN
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party